**United States District Court**
**Northern District of New York**

| | |
|---|---|
| JENNIFER LEGGETT,<br>　　　　*Plaintiff,*<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>　　　　*Defendant.* | Case 3:25-cv-01656-ML<br><br><br>Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand and Proposed Order

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge will further consider Plaintiff's maximum residual functional capacity to sustain work on a regular and continuing basis during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations. 20 C.F.R. § 404.1545; Social Security Ruling 96-8p. In doing so, the ALJ will evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to 20 C.F.R. § 404.1520c.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| FRANK BISIGNANO, | PLAINTIFF, |
| By His Attorneys, | By Her Attorney, |
| TODD BLANCHE<br>Acting Attorney General | |
| JOHN A. SARCONE III<br>First Assistant United States Attorney | |

/s/  Kathryn Pollack

Kathryn Pollack
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2331
Email: kathryn.pollack@ssa.gov

s/ Peter A. Gorton

Peter A. Gorton
Attorney for Plaintiff
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, NY 13761-0089
Phone: 607-754-0500
Fax: 607-748-6978
Email: office@lglaw.org

IT IS SO ORDERED:

Miroslav Lovric
U.S. Magistrate Judge

Dated:    June 24, 2026
          Binghamton, NY